AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL DAVITT,

      Plaintiff,

V.

_____

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00514-HDM-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** because plaintiff has never submitted a complaint in this action..

  February 21, 2008                            **LANCE S. WILSON**
                                                        Clerk

                                                /s/ Daniel R. Morgan
                                                       Deputy Clerk